**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| AMERICAN FUEL & PETROCHEMICAL MANUFACTURERS; AGRICULTURAL RETAILERS ASSOCIATION; AMERICAN PETROLEUM INSTITUTE; AMERICAN ROYALTY COUNCIL; CALIFORNIA ASPHALT PAVEMENT ASSOCIATION; CALIFORNIA MANUFACTURERS & TECHNOLOGY ASSOCIATION; CONSUMER ENERGY ALLIANCE; DOMESTIC ENERGY PRODUCERS ALLIANCE; ENERGY MARKETERS OF AMERICA; LOUISIANA MID-CONTINENT OIL & GAS ASSOCIATION; NATIONAL ASSOCIATION OF CONVENIENCE STORES; NEVADA PETROLEUM MARKETERS & CONVENIENCE STORE ASSOCIATION; THE PETROLEUM ALLIANCE OF OKLAHOMA; TEXAS ASSOCIATION OF MANUFACTURERS; TEXAS OIL & GAS ASSOCIATION; TEXAS ROYALTY COUNCIL; and WESTERN STATES PETROLEUM ASSOCIATION,<br><br>      Petitioners,<br><br> v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>      Respondent. | Case No. 23-1146 (consolidated with Case Nos. 23-1143 23-1144, 23-1145, 23-1147, 23-1148) |

## PETITIONERS' NONBINDING STATEMENT OF ISSUES

Pursuant to this Court's order of June 6, 2023, petitioners American Fuel & Petrochemical Manufacturers, Agricultural Retailers Association, American Petroleum Institute, American Royalty Council, California Asphalt Pavement Association, California Manufacturers & Technology Association, Consumer Energy Alliance, Domestic Energy Producers Alliance, Energy Marketers of America, Louisiana Mid-Continent Oil & Gas Association, National Association of Convenience Stores, Nevada Petroleum Marketers & Convenience Store Association, The Petroleum Alliance of Oklahoma, Texas Association of Manufacturers, Texas Oil & Gas Association, Texas Royalty Council, and Western States Petroleum Association submit this Nonbinding Statement of Issues in the consolidated cases challenging the final action of the United States Environmental Protection Agency ("EPA") entitled California State Motor Vehicle and Engine Pollution Control Standards; Heavy-Duty Vehicle and Engine Emission Warranty and Maintenance Provisions; Advanced Clean Trucks; Zero Emission Airport Shuttle; Zero-Emission Power Train Certification; Waiver of Preemption, published at 88 Fed. Reg. 20688 (April 6, 2023).

The issues presented are (1) whether Section 209(b) of the Clean Air Act violates the Constitution by granting California regulatory authority denied to other states; and (2) whether EPA exceeded its statutory authority and/or acted arbitrarily and capriciously in concluding that (a) California's standards are at least as protective as federal standards; (b) California needs the standards at issue to meet compelling and extraordinary conditions; and (c) California's standards are consistent with Section 202(a) of the Clean Air Act.

Dated: July 6, 2023  Respectfully submitted,

/s/ *Eric D. McArthur*
Eric D. McArthur
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
emcarthur@sidley.com

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2023, I caused the foregoing to be served by electronic means through the Court's CM/ECF system, on all counsel of record.

Dated: July 6, 2023

Respectfully submitted,

/s/ *Eric D. McArthur*
Eric D. McArthur
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8000
emcarthur@sidley.com

*Counsel for Petitioners*