# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 23-1143** | **September Term, 2022** |
| | EPA-88FR20688 |
| | Filed On: July 27, 2023 [2009933] |

Western States Trucking Association, Inc.
and Construction Industry Air Quality
Coalition, Inc.,

      Petitioners

   v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator of the United States
Environmental Protection Agency,

      Respondents

------------------------------

Center for Biological Diversity, et al.,
      Intervenors

------------------------------

Consolidated with 23-1144, 23-1145,
23-1146, 23-1147, 23-1148

## O R D E R

    It appearing that these consolidated cases present potential problems of duplicative briefing, it is

    **ORDERED**, on the court's own motion, that the parties submit by August 28, 2023, proposed formats for the briefing of these cases. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1143**                                              **September Term, 2022**

standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
         Louis Karl Fisher
         Deputy Clerk