ORAL ARGUMENT NOT YET SCHEDULED

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| WESTERN STATES TRUCKING ASSOCIATION, INC., *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>*Respondents*. | No. 23-1143<br>& consol. cases |

## NOTICE OF INTENT TO PARTICIPATE AS AMICUS CURIAE BY AMERICAN LUNG ASSOCIATION, AMERICAN PUBLIC HEALTH ASSOCIATION, CLEAN AIR COUNCIL, AND NATIONAL PARKS CONSERVATION ASSOCIATION IN SUPPORT OF RESPONDENTS

Pursuant to Rule 29(b) of the Court of Appeals for the District of Columbia Circuit, American Lung Association, American Public Health Association, Clean Air Council, and National Parks Conservation Association respectfully notify this Court of their intent to file a brief as *amici curiae* in support of Respondents U.S. Environmental Protection Agency and Michael S. Regan. All parties in these consolidated proceedings have consented to such participation.

## CORPORATE DISCLOSURE STATEMENT

The following certifications are made pursuant to D.C. Circuit Rule 26.1:

American Lung Association is a non-profit environmental and public health organization. The Lung Association does not have any parent corporation or any

publicly held corporation that owns 10% or more of its stock. The Lung Association is a 501(c)(3), nongovernmental organization incorporated in Maine and headquartered in Chicago, Illinois. The Lung Association has supporters in all fifty states and the District of Columbia.

American Public Health Association is a non-profit environmental and public health organization. The Association does not have any parent corporation or any publicly held corporation that owns 10% or more of its stock. The Association is a 501(c)(3), nongovernmental organization incorporated in Massachusetts and headquartered in Washington, D.C. The Association has 52 state and regional affiliates representing all 50 states, the District of Columbia and Puerto Rico.

Clean Air Council is a non-profit environmental and public health organization working to protect everyone's right to breathe clean air through advocacy and legal action. The Council does not have any parent corporation or any publicly held corporation that owns 10% or more of its stock. The Council is a 501(c)(3), nongovernmental organization incorporated and headquartered in Pennsylvania.

National Parks Conservation Association is a non-profit organization with the primary mission of protecting and preserving America's national parks and their resources for the use and enjoyment of present and future generations. The

Association does not have any parent corporation or any publicly held corporation that owns 10% or more of its stock. The Association is a 501(c)(3), nongovernmental organization incorporated in Washington, D.C., with Regional Offices located across the country.

Dated: August 23, 2023          Respectfully submitted,

*/s/ James P. Duffy*

James P. Duffy
Veronica Saltzman
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
(802) 233-7967
jduffy@catf.us
vsaltzman@catf.us

*Counsel for American Lung Association, American Public Health Association, Clean Air Council, and National Parks Conservation Association*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of August, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit via the CM/ECF System. All participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

Dated: August 23, 2023                    */s/ James P. Duffy*
                                          James P. Duffy