# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1143**                                                              **September Term, 2023**

EPA-88FR20688

**Filed On:** December 21, 2023

Western States Trucking Association, Inc.
and Construction Industry Air Quality
Coalition, Inc.,

      Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, in his official capacity as
Administrator of the United States
Environmental Protection Agency,

      Respondents

------------------------------

Center for Biological Diversity, et al.,
      Intervenors
------------------------------

Consolidated with 23-1144, 23-1145,
23-1146, 23-1147, 23-1148

**BEFORE:**   Childs and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to hold case in abeyance, the oppositions thereto, and the reply, it is

**ORDERED** that the motion to hold case in abeyance be granted and that these consolidated cases be held in abeyance pending the court's resolution of <u>Ohio v. EPA</u>, No. 22-1081, et al. (argued Sept. 15, 2023), and <u>Texas v. EPA</u>, No. 22-1031, et al.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-1143**　　　　　　　　　　　　　　　　**September Term, 2023**

(argued Sept. 14, 2023). The parties are directed to file motions to govern further proceedings within 30 days after resolution of <u>Ohio</u> and <u>Texas</u>.

**Per Curiam**

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Selena R. Gancasz
　　　　　　　　　　　　　　　　　　Deputy Clerk