UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| ILLINOIS SOYBEAN ASSOCIATION, IOWA SOYBEAN ASSOCIATION, MINNESOTA SOYBEAN GROWERS ASSOCIATION, NORTH DAKOTA SOYBEAN GROWERS ASSOCIATION, OHIO SOYBEAN ASSOCIATION, SOUTH DAKOTA SOYBEAN ASSOCIATION, CLEAN FUELS DEVELOPMENT COALITION, ICM, INC., AND DIAMOND ALTERNATIVE ENERGY, LLC, <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent. | Case No. 23-1145 |

## NON-BINDING STATEMENT OF ISSUES

Pursuant to this Court's June 6, 2023 Order, Petitioners the Illinois Soybean Association, the Iowa Soybean Association, the Minnesota Soybean Growers Association, the North Dakota Soybean Growers Association, the Ohio Soybean Association, and the South Dakota Soybean Association (collectively, the "State Soybean Associations"), Clean Fuels Development Coalition, ICM, Inc., and Diamond Alternative Energy, LLC (together with the State Soybean Associations,

the "Petitioners") hereby submit the following non-binding statement of issues presented for review:

1. Whether EPA exceeded its authority under Section 209(b) of the Clean Air Act in granting California a preemption waiver for heavy-duty vehicle and engine emission standards.

2. Whether EPA's decision to grant California a preemption waiver for heavy-duty vehicle and engine emission standards was arbitrary, capricious, or otherwise contrary to law.

3. Whether EPA's decision to grant California a preemption waiver for heavy-duty vehicle and engine emission standards is arbitrary and capricious or otherwise contrary to law because those standards are preempted by the Energy Policy and Conservation Act.

4. Whether Section 209(b) of the Clean Air Act violates the constitutional equal sovereignty doctrine either (a) on its face; or (b) to the extent it is employed to grant waivers to standards that address the global issue of climate change.

This is a preliminary listing of issues that Petitioners may raise. Petitioners reserve their right to modify this statement of issues, as well as to raise these and other issues.

Date: July 6, 2023                                   Respectfully submitted,

Jonathan Berry  
Michael B. Buschbacher  
BOYDEN GRAY & ASSOCIATES, PLLC  
801 Seventeenth Street NW  
Suite 350  
Washington, DC 20006  
(317) 513-0622  
buschbacher@boydengrayassociates.com  

*Counsel for Clean Fuels Development Coalition, ICM, Inc., and Diamond Alternative, LLC*

Jeffrey B. Wall  
Morgan L. Ratner  
SULLIVAN & CROMWELL LLP  
1700 New York Avenue NW  
Washington, DC  20006-5215  
(202) 956-7500  
wallj@sullcrom.com  

Brittany M. Pemberton  
BRACEWELL LLP  
2001 M Street NW  
Suite 900  
Washington, DC 20036  
(202) 828-1708 (telephone)  
(800) 404-3970 (facsimile)  
brittany.pemberton@bracewell.com  

*Counsel for Diamond Alternative Energy, LLC*

/s/ *Matthew W. Morrison*  
Matthew W. Morrison  
Shelby L. Dyl  
PILLSBURY WINTHROP SHAW PITTMAN LLP  
1200 Seventeenth Street NW  
Washington, DC 20036  
(202) 663-8036  
matthew.morrison@pillsburylaw.com  
shelby.dyl@pillsburylaw.com  

*Counsel for State Soybean Associations and Diamond Alternative Energy, LLC*

# **CERTIFICATE OF SERVICE**

I certify that on July 6, 2023, I electronically filed the foregoing Nonbinding Statement of Issues with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Date: July 6, 2023                         Respectfully submitted,

/s/ *Matthew W. Morrison*
Matthew W. Morrison